AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

L. BRENT BOZELL, III

V.

COMPASS CARE, INCORPORATED, et al.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number: 07-1097

I, _____FERNANDO GALINDO_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __2/22/2008__, as it
          Date
appears in the records of this court, and that

no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

July 2, 2008
Date

Fernando Galindo, Clerk
Clerk

(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
FEB 22 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

```
L. BRENT BOZELL, III           )
                               )
          Plaintiff,           )
                               )
v.                             )    Civil Action No. 07-1097
                               )
COMPASS CARE, INCORPORATED,    )
et al.,                        )
                               )
          Defendants.          )
```

### ORDER

This matter comes before the Court on Plaintiff's Motion for Partial Summary Judgment.

Pursuant to the agreement of the parties and for the reasons stated from the bench, it is hereby

ORDERED that Plaintiff's Motion for Partial Summary Judgment is GRANTED, and judgment is entered in favor of Plaintiff in the amount of $190,000.

/s/
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 22, 2008

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY: _____
       DEPUTY CLERK

# SPARKS & CRAIG, LLP
## ATTORNEYS AT LAW

SUITE 360
6862 ELM STREET
McLEAN, VIRGINIA 22101

TELEPHONE  (703) 848-4700

FACSIMILE  (703) 893-7371

July 17, 2008

Clerk of Court
U.S. District Court
for District of Columbia
333 Constitution Avenue, N.W.
Washington, ED.C.  20001

Re:  L. Brent Bozell, III v.
Compass Care, Inc., et al.;
US District Court for the
Eastern District of Virginia
Case No. 07-1097

Dear Clerk:

Enclosed for filing and recording are an original plus two copies, plus a .pdf copy on disk of a certified Certification of Judgment for Registration in Another District (Form A0451) and its accompanying certified Judgment.

Also enclosed is our firm's check for $39.00 for the recording/filing fees.

Please return to us a judgment number on the enclosed copy in the enclosed self-addressed, postage prepaid envelope.

Sincerely,

Elizabeth A. Taverniti,
Assistant to
Christopher T. Craig

:et

Enclosures